JAMES H. THEBEAU (CA State Bar No. 128845)
Deputy County Counsel
JEAN-RENE BASLE (CA State Bar No. 134107)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415
Telephone: (909) 387-4402
Facsimile: (909) 387-4069
E-Mail: jthebeau@cc.sbcounty.gov

Attorneys for Defendants, County of San Bernardino, San Bernardino County Sheriffs Department, City of Hesperia, Jonathan Womelsdorf, David Strunk

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ENRIQUE SOTO, and BERTHA ELLAN SOTO, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFFS DEPARTMENT, CITY OF HESPERIA, JONATHAN WOMELSDORF, individually, DAVID STRUNK, individually, and DOES 1-100, inclusive, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL OF ACTION PURSUANT TO FEDERAL COURT'S ORIGINAL JURISDICTION; EXHIBIT A** <br><br> **[28 USC §§ 1331, 1441(a)]** |

PLEASE TAKE NOTICE that defendants hereby remove the state court action in San Bernardino County Superior Court, Case No. CIVDS 1702815, to this Court as follows:

    1.    The Complaint in Case No. CIVDS 1702815, filed on February 16, 2017, is attached hereto as Exhibit A;

    2.    The action in Case No. CIVDS 1702815 is a civil action of which this Court has original jurisdiction under 28 USC § 1331 and is one which may be removed to this Court by defendants pursuant to the provision of 28 USC § 1441 (a), in that the Third

and Fifth Cause of Action of the Complaint against these removing defendants, arises under substantive federal law pursuant to 42 USC § 1983;

3. Defendants Womelsdorf and Strunk, sub-served with the Summons and Complaint on September 25, 2017, pursuant to California Code of Civil Procedure § 415.20, hereby consent to removal of this action.

4. The County of San Bernardino (also sued erroneously as San Bernardino County Sheriff's Department), served with the Summons and Complaint on the Clerk of the Board on August 14, 2017, hereby consents to removal of this action.

5. The City of Hesperia, served with the Summons and Complaint on August 17, 2017, hereby consents to removal of this action.

6. No response to the Complaint has been filed to date by any defendant. Defendants will respond to the Complaint within the time prescribed by FRCP, Rule 81 (c)(2)(C).

DATED: October 23, 2017          JEAN-RENE BASLE
                                 County Counsel


                                 */s/ James H. Thebeau*
                                 JAMES H. THEBEAU
                                 Deputy County Counsel
                                 Attorneys for Defendants

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On October 23, 2017, I served the following documents (*specify)*:

**NOTICE OF REMOVAL OF ACTION PURSUANT TO FEDERAL COURT'S ORIGINAL JURISDICTION; EXHIBIT A**

I served the documents on the persons below, as follows:

Paul R. Hornak, Esq.                                    Attorney for Plaintiff
Law Office of Paul R. Hornak
13320 Rancho Road, Suite 18 PMB 221
Oak Hills, CA  92344
E: paulhornaklaw@gmail.com
T: (760) 927-5119
F: (760) 400-4111

The documents were served by the following means:

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, on October 23, 2017, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing envelopes for mailing. On the same day that an envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

*/s/ Pamela Bell*
PAMELA BELL, Declarant